IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) LOIS FOSTER AND <br> (2) IVAN SIMMONS <br><br> Plaintiffs, <br><br> v. <br><br> (3) MERIT ENERGY COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Case No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) |

## DISCLOSURE STATEMENT

Defendant Merit Energy Company ("Merit" of "Defendant") for its Disclosure Statement Identifying Constituents of LLC pursuant to LCvR 7.1.1. states as follows:

1. Merit Energy Company is a limited liability company formed under the laws of the state of Delaware.

2. The members of Merit Energy are:

    a. Bevo Partners, L.P., a Texas Limited Partnership;

    b. Nazuni, L.P., a Texas Limited Partnership;

    c. The Gayden 2002 Family Trust, a trust formed under the laws of Texas;

    d. Merit Energy Management, L.P., a Texas Limited Partnership.

3. None of the members of Merit Energy Company, L.L.C. are residents of the state of Oklahoma.

4. Defendant reserves the right to supplement these disclosures pursuant to LCvR 7.1.1.

Dated: July 20, 2010.

> Respectfully submitted,
>
> /s/ Ryan J. Reaves
> Karl F. Hirsch, OBA #4232
> Glenn M. White, OBA #12530
> Ryan J. Reaves, OBA #22282
> Mullins, Hirsch, Edwards,
> Heath, White & Martinez, P.C.
> 100 Park Ave., 4th Floor
> Oklahoma City, OK 73102
> Phone: (405) 235-2335
> Fax: (405) 232-7930
> khirsch@mullinshirsch.com
> gwhite@mullinshirsch.com
> rreaves@mullinshirsch.com
>
> Craig R. Carver*
> Christopher Kamper*
> Carver Schwarz McNab & Bailey LLC
> 1600 Stout Street, Suite 1700
> Denver, Colorado 80202
> Phone: (303) 893-1815
> Fax:  (303) 893-1829
> ccarver@cksmb.com
> ckamper@cksmb.com
> *Subject to admission *pro hac vice*
>
> Attorneys for Merit Energy Company

CERTIFICATE OF SERVICE

    I hereby certify that on this July 20, 2010, a true and correct copy of the foregoing DISCLOSURE STATEMENT was placed in the United States mail, postage prepaid, addressed to:

| | |
|---|---|
| Kerry W. Caywood<br>Angela Caywood Jones<br>Park, Nelson, Caywood, Jones, LLP<br>122 N. 4th Street<br>P.O. Box 968<br>Chickasha, OK 73023 | Allan DeVore<br>The DeVore Law Firm, P.C.<br>5709 NW 132nd Street<br>Oklahoma City, OK 73142 |
| Robert N. Barnes<br>Patranell Lewis<br>Barnes & Lewis, LLP<br>208 N.W. 60th<br>Oklahoma City, OK 73118 | |

    /s/ Ryan J. Reaves