IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LOIS FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-758-F |
| | ) | |
| MERIT ENERGY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## NOTICE OF SUPPLEMENTAL AUTHORITY
_____

Defendant Merit Energy Company, through its undersigned counsel, notifies the Court of the issuance of an Order in the case of *Tucker v. BP America Production Company*, Case No. CIV-08-619-M (W. D. Okla. December 2, 2011, Docket No. 154), a copy of which is attached.  The Order is the first decision regarding class certification of a natural gas royalty case to be issued after the Supreme Court's decision in *Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541 (2011).  It is therefore relevant to the pending motion for class certification filed by plaintiff in this case.

Dated December 6, 2011

Respectfully submitted,

/s/ Ryan J. Reaves
Karl F. Hirsch
Ryan J. Reaves
Mullins, Hirsch, Edwards,
   Heath, White & Martinez, P.C.
100 Park Ave., 4th Floor
Oklahoma City, OK 73102
Phone: (405) 235-2335
Fax: (405) 232-7930
rreaves@mullinshirsch.com
khirsch@mhj-law.com

Craig R. Carver
Christopher Kamper
Carver Schwarz McNab & Bailey LLC
1600 Stout Street, Suite 1700
Denver, Colorado 80202
Phone: (303) 893-1815
Fax:  (303) 893-1829
ccarver@cksmb.com
ckamper@cksmb.com

*Attorneys for Merit Energy Company*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this ___ day of December, 2011, a true and correct copy of

the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY was served via PACER and

placed in the United States mail, postage prepaid, addressed to:

Kerry W. Caywood                              Allan DeVore
Angela Caywood Jones                          The DeVore Law Firm, P.C.
Park, Nelson, Caywood, Jones, LLP             5709 NW 132nd Street
122 N. 4th Street                             Oklahoma City, OK 73142
P.O. Box 968
Chickasha, OK 73023

Robert N. Barnes
Patranell Lewis
Barnes & Lewis, LLP
720 N.W. 50th, Suite 200B
Oklahoma City, OK 73118


                                        _____/s/Ryan J. Reaves_____