# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOIS FOSTER, on behalf of Herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERIT ENERGY COMPANY, et al.,<br><br>Defendant. | Case No. CIV-10-758-F |

## ORDER

Before the court is Plaintiff's Motion to File a *Notice of Supplemental Authority and Response to Defendant's Notice of Supplemental Authority* and Brief in Support, doc. no. 62, filed on December 16, 2011.

The motion is **STRICKEN**. It is stricken because it amounts to a supplemental brief filed without leave. Plaintiff is free to file a concise notice of supplemental authority (*see*, for example, doc. 61 in this case), and the court will figure out for itself what the supplemental authority means in this case.

Dated January 11, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0758p013.wpd